IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| ISADORE BUTLER BANKS, II | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:05cv01324 SWW |
| | * | |
| | * | |
| | * | |
| UNITED STATE POSTAL SERVICE, | * | |
| | * | |
| Defendant. | * | |

**Judgment**

Pursuant to the Memorandum Opinion and Order entered in this matter on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this complaint be and is hereby dismissed with prejudice.

DATED this 12th day of May 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE